1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   ANDRE LASHAUN PRICE,            ) Case No. CV 17-6343-RGK (JPR)
                                     )
12                   Petitioner,     ) ORDER ACCEPTING FINDINGS AND
                                     ) RECOMMENDATIONS OF U.S.
13            v.                     ) MAGISTRATE JUDGE
                                     )
14   KELLY SANTORO, Warden,          )
                                     )
15                   Respondent.     )
                                     )
16   _____ )

17        Pursuant to 28 U.S.C. § 636, the Court has reviewed the

18   Petition, records on file, and Report and Recommendation of U.S.

19   Magistrate Judge, recommending that the Petition be denied on the

20   merits and this action be dismissed with prejudice.  On May 31,

21   2019, Petitioner filed objections.  They consist almost entirely

22   of a verbatim recitation of the Report and Recommendation but

23   with the word "not" strategically inserted or omitted to reframe

24   its conclusions in a way helpful to Petitioner.  (See, e.g.,

25   Objs. at 19 (copying from court-of-appeal decision as recounted

26   in R. & R. but changing "we agree the record supports it" to "we

27   agree that the record does not support this"), 27 (changing R. &

28   R.'s conclusion that "a rational trier of fact could have found

                                    1

beyond a reasonable doubt that Petitioner committed second-degree murder" to the same phrase but with "not" inserted between "could" and "have").)  Accordingly, the objections do not require a response.

Having reviewed de novo those portions of the R. & R. to which Petitioner objected, the Court accepts the Magistrate Judge's findings and recommendations.  Accordingly, IT IS ORDERED that the Petition is DENIED and judgment be entered dismissing this action with prejudice.


DATED: <u>August 21, 2019</u>                    _____
                                          R. GARY KLAUSNER
                                          U.S. DISTRICT JUDGE