JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ANDRE LASHAUN PRICE,    ) Case No. CV 17-6343-RGK (JPR)
                Petitioner,   )
                        )      **J U D G M E N T**
              v.          )
                        )
KELLY SANTORO, Warden,     )
                        )
                Respondent.   )

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action be dismissed with prejudice.

DATED: August 21, 2019

R. GARY KLAUSNER
U.S. DISTRICT JUDGE